1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5
   Attorney for Defendant
6  JOSE JUAN MORENO-BELTRAN

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  NO. 2:10-cr-00108 MCE
                                      )
12 |          Plaintiff,               )
                                      )  **STIPULATION AND ORDER TO CONTINUE**
13 |     v.                            )  **STATUS CONFERENCE AND TO EXCLUDE**
                                      )  **TIME**
14 |                                   )
   | JOSE JUAN MORENO-BELTRAN,        )  Date:  October 6, 2011
15 |                                   )  Time:  9:00 a.m.
   |          Defendant.               )  Judge: Morrison C. England, Jr.
16 | _____)

17        It is hereby stipulated and agreed to by and between the United States of America, through Phillip

18 Allen Talbert, Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through

19 his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of

20 Tuesday, September 6, 2011, be vacated and a new status conference / possible change of plea hearing date

21 of Thursday, October 6, 2011, at 9:00 a.m., be set.

22        The reason for this continuance is because the in-house interpreter is not available to accompany

23 defense counsel to the jail to review the plea offer with the client prior to September 6, 2011.

24        It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the

25 date of the signing of this order through and including October 6, 2011, pursuant to 18 U.S.C.

26 §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

27 in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of

28 the public and the defendant to a speedy trial.

| | | |
|---|---|---|
| Dated: August 31, 2011 | | Respectfully submitted, |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| | | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE JUAN MORENO-BELTRAN |
| Dated: August 31, 2011 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Matthew C. Bockmon for*<br>PHILLIP ALLEN TALBERT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 1, 2011, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference hearing currently scheduled for Tuesday, September 6, 2011, be vacated and that the case be set for status conference / possible change of plea hearing on **Thursday, October 6, 2011, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 1, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including October 6, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

IT IS SO ORDERED.

Dated: September 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE