1  DANIEL A. BACON 065099
   ATTORNEY AT LAW
2  5200 NORTH PALM AVENUE, SUITE 408
   FRESNO, CALIFORNIA 93704-2225
3  TELEPHONE: (559) 241-7000

4  ATTORNEY FOR Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RIGOBERTO RODRIGUEZ-VISCARRA,<br><br>Defendant. | No. 2:10-cr-00108-MCE<br><br>STIPULATION TO EXONERATE PROPERTY BOND AND RECONVEY PROPERTY; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties hereto, plaintiff United States of America, and its attorney of record herein, Assistant U.S. Attorney, Phillip Allen Talbert, and defendant Rigoberto Rodriguez-Viscarra, and his attorney Daniel A. Bacon, that the property bond of $100,000.00, secured by a property set forth in the following attached Deed of Trust with Assignments of Rents, be reconveyed to the respective owners:

The Deed of Trust with Assignments of Rents, recorded on March 18, 2010, be reconveyed to "Crisanto Rodriguez and Ofelia Rodriguez." Said property is commonly known as 12272 Albert Avenue, Orosi, California 93647-2604, and more particularly described as

///

LOT 27 OF TRACT NO. 729, SIERRA ESTATES VII, IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 38, PAGE 3 OF MAPS, TULARE COUNTY RECORDS

APN 021-320-073

DATED: 1/30/12                    BENJAMIN B. WAGNER,
                                  UNITED STATES ATTORNEY


                                  By /s/ Phillip Allen Talbert
                                  PHILLIP ALLEN TALBERT
                                  Assistant U.S. Attorney
                                  Attorney for Defendant


DATED: 2/3/12                     /s/ Daniel A. Bacon
                                  DANIEL A. BACON
                                  Attorney for Defendant


O R D E R

IT IS HEREBY ORDERED that the property bond be exonerated, and the clerk of the Court be ordered to reconvey the property set forth above, which was used to collateralize the bond, specifically, the following property 12272 Albert Avenue, Orosi, California 93647-2604, to the following persons "Crisanto Rodriguez and Ofelia Rodriguez."

Dated: February 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE