1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE JUAN MORENO-BELTRAN

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   No. 2:10-cr-00108-MCE
                                      )
12            Plaintiff,              )   **STIPULATION AND ORDER TO CONTINUE**
                                      )   **STATUS CONFERENCE AND TO EXCLUDE**
13     v.                             )   **TIME**
                                      )
14 JOSE JUAN MORENO-BELTRAN,          )   Date:  February 23, 2012
                                      )   Time:  9:00 a.m.
15            Defendant.              )   Judge:  Morrison C. England, Jr.
                                      )
16 _____  )

17

18

19        It is hereby stipulated and agreed to by and between the United States of America, through Phillip

20 Allen Talbert, Assistant U.S. Attorney, and defendant, JOSE JUAN MORENO-BELTRAN , by and through

21 his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference / possible change

22 of plea hearing date of Thursday, February 9, 2012, be vacated and a new status conference / possible change

23 of plea hearing date of Thursday, February 23, 2012, at 9:00 a.m., be set.

24        The reason for this continuance is because defense counsel has just received a new plea agreement

25 from the government, and needs additional time to visit the client at the Sacramento County Jail, with the in-

26 house interpreter, to review the plea agreement with him.

27 ///

28 ///

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order through and including February 23, 2012, pursuant to 18 U.S.C §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: February 7, 2012                     Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOSE JUAN MORENO-BELTRAN

Dated: February 7, 2012                     BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
PHILLIP ALLEN TALBERT
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

Based on the parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the status conference /possible change of plea hearing currently scheduled for Thursday, February 9, 2012, be vacated and that the case be set for status conference / possible change of plea hearing on **Thursday, February 23, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS ALSO ORDERED that, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including February 23, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: February 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE